2:06CV26-mht

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | Middle District U.S. Ct |
|---|---|---|
| Name (under which you were convicted): Moses Knight AIS#109958 | | Docket or Case No.: |
| Place of Confinement: P.O. Box 5107, Bullock Mental Health Prison, Union Springs, AL 36089 | | Prisoner No.: AIS #109958 |
| Petitioner (include the name under which you were convicted) Moses Knight | v. | Respondent (authorized person having custody of petitioner) State of Alabama 2nd Judical Trial Court Hayneville, AL. 36040 |
| The Attorney General of the State of Legal Office Div. 11 Union Street Montgomery, AL. 36130 | | Respondents |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Hayneville, Circuit Court, P.O. Box 876, Hayneville, AL. 36040

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): May 23rd, 1974
   (b) Date of sentencing: 5-23, (1974)

3. Length of sentence: 2 Lifes and Ten

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☑   No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Murder In first Degree, (under Code Alabama 1940)
Count Two: Bulglary One   "   "   "
Count Three: Grand Larceny   "   "   "

6. (a) What was your plea? (Check one)
   (1) Not guilty ☐         (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐             (4) Insanity plea ☑ of Guilty for Lesser Degree of Sentence for Reason of Not Proceeding to Court.

—3—

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I Plead Guilty for Promise of Lesser Sentence, But After Iredandform Plea Accepted, I was Sentence (2 Lifes and TenYear) In Hayneville, Alabama Criminal Court

(c) If you went to trial, what kind of trial did you have? (Check one)
    Jury ☐    Judge only ☒

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
    Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
    Yes ☒   No ☐

9. If you did appeal, answer the following:
    (a) Name of court: Court of Criminal Appeal (Alabama Appeals)
    (b) Docket or case number (if you know): Do Not Remember
    (c) Result: Affirm possibely
    (d) Date of result (if you know): Pursuant 28 U.S.C. 2254
    (e) Citation to the case (if you know): Preiser V. Rodriguez, 411 U.S. 449
    (f) Grounds raised: Whether The Petitioner can be Released from Any Unconstitutional Sentence's l.e Designed to Cause, Cruel and Unusual Sentencing By Causeing the Petitioner, to Serve approximate 30 Years By The failure of The Trial Judge to Inform what Plea was for Const Amendment 6 and 14 and 8 Admissions

    (g) Did you seek further review by a higher state court? Yes ☒ No ☐
    If yes, answer the following:
        (1) Name of court: Court of Appeals
        (2) Docket or case number (if you know): Do Not Remember Dkt. Number
        (3) Result: None

        (4) Date of result (if you know): (Sap) Pursuant 28 U.S.C. 2254
        (5) Citation to the case (if you know): Citation for Earlier Release 411 US 449 - 486
        (6) Grounds raised: wheather The Trial Court had Any Jurisdiction to Except a Mental Health, Jailed Defendant Insanity Plea Defence, to Impose, Cruel and Unusual Punishment, 429 U.S. At 105, Citing Pugh V. Locke, 406 f.Supp At 318 (1974) Admissions: fRCP Rule 56 (e)   "   "   "

-4-

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐  No ☒

If yes, answer the following:

(1) Docket or case number (if you know): _Do to Loss of Memory_

(2) Result: _I Cant Remember DUE to So many years of Cruel Punishment_

(3) Date of result (if you know): _approximate 2006_

(4) Citation to the case (if you know): _Presier V. Rodriguez 411 U.S 499_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

   Yes ☒  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: _The Hayneville, Criminal Court_

   (2) Docket or case number (if you know): _Pursuant Rule 20_

   (3) Date of filing (if you know): _when Rule 20 was Effective_

   (4) Nature of the proceeding: _to Review the Sentences Imposed._

   (5) Grounds raised: _whether The Sentences Impose was defective for Purpose of Estelle V. Gamble? 429 U.S at 105_

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      Yes ☐  No ☒

   (7) Result: _None_

   (8) Date of result (if you know): _None_

   (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court: _In Hayneville, Criminal Court_

   (2) Docket or case number (if you know): _approx (2006) None_

   (3) Date of filing (if you know): _Pursuant 28 USC 2254 (federal ct._

   (4) Nature of the proceeding: _Filed Jan, 2006, 2254_

   (5) Grounds raised: _whether Presier Vs Rodriguez 411 US 486 Is the Proper Jurisdiction, to Provoke the Proper Jurisdiction, to be released from cruel & unusual confinement, U.S.C.A Const, Amendment 8, 6, 14th e.g,_

-5-

State Grounds: The Petitioner Alledge that the Trial Judge MisInformed (the Petitioner) of the (Capital Offenses Sentencing) When Excepting (A Mental Health Jailee) Ireland Form Plea (1974).

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
   Yes ☐   No ☒

(7) Result: None

(8) Date of result (if you know): None

(c) If you filed any third petition, application, or motion, give the same information:
   (1) Name of court: United States Federal Court (Middle distd)
   (2) Docket or case number (if you know): approximate Clerk's office
   (3) Date of filing (if you know): approximate Before 2000
   (4) Nature of the proceeding: filed By Inmate
   (5) Grounds raised: Pursuant Rule 20 A.R. Civil Procedure 12-17-94 of (Article 1) Section 6 of The Alabama Constitutions lie to Retroactively open the Court Silent Records, from the Alledged Charges Citing Brady, Vs maryland supra At 36-12-40 A.R. Crim. P. which By Rule 20, OR Rule 32, to U.S.C.A. 2254, which Should Have Provided the Petitioner Access to U.S. Court citing Smith V. Bounds Supra

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
   Yes ☐   No ☒

(7) Result: unknowned At This Time Pursuant 28 U.S.C. 2254

(8) Date of result (if you know): Approx: 2006

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
   (1) First petition:   Yes ☒  No ☐  filed for Re Hearing
   (2) Second petition:  Yes ☐  No ☐  Ander V. California, By Inmate filing *
   (3) Third petition:   Yes ☒  No ☐  filed 28 USC[2254 1.d]  In Petitioners Behalf *

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: the 2254 filed Earlier failed to Raise, How the Petitioner Could obtain Earlier Release 28 U.S.C 2254, At, 411 US. 486

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. _See Petitioner Traverse Attached (2254)._

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _The Petitioner Contends, His Two Life Sentences (Retroactively Violates the Constitutions) of 8th, 14 or 6th i.e_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _I Thought (the right to a fair Trial) Even when (Be Misinformed) of (My Insanity Plea) By failure (of The Trial J.) to order a [A] mental Evaluation, Before "Excepting" the Plea, Citing Boykin v. Alabama Supra_

I.

_Whether The Insanity Plea Gove (The Court Jurisdiction to Impose Sentence?_

(b) If you did not exhaust your state remedies on Ground One, explain why: _When I was under Heavy Psytrofic Medication (Beening Bipolar) And Recieving Treatment for Schizophrenia, Denied In Jail 1974_

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?  _420 US at 106_

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _For A Long Time I was Not At my right mind, for Reasons I dont Remember, whether the Court (Sentencing) Excepted my Insanity Plea 1974_

(d) Post-Conviction Proceedings: _By Rule 20_

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐  No ☒ _The Court would not Allow Evidentary Hearing._

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _A Rule 20, for Reduction of Sentence_

Name and location of the court where the motion or petition was filed: _Hayneville, Alabama, Criminal Court_

Docket or case number (if you know): _In office of Clerk, Hayneville, AL._

Date of the court's decision: _to Sentence Petitioner May (23rd, 1974)._

-7-

Result (attach a copy of the court's opinion or order, if available): _Rule 20 Dismissed as Untimely._

(3) Did you receive a hearing on your motion or petition?
Yes ☐  No ☒

(4) Did you appeal from the denial of your motion or petition?
Yes ☐  No ☒  _Due to Heavy Psytrofic medication (1974-2006)_

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? _(Direct) only by Admissions of Counsel At Iceland form Pleas._
Yes ☒  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _Court of Criminal Appeal_
Docket or case number (if you know): _Loss of memory Re: Appeals_
Date of the court's decision: _Appeal Court, Don't Remember_
Result (attach a copy of the court's opinion or order, if available): _C/o Clerk of Appeals 300 Dexter, Ave. Montgomery, AL Jurisdiction Code: 36-12-40 A.R.Crim.P.  36130_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_Due to beening Subjected to Schizophrenia & mental Health medication, I'm unable to Remember The Dates, of Code 1940, or Code 1975 filings._

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _Pursuant to Bound V. Smith or Smith V. Bounds, supra I Have Not Been Given, Effective Access to The Courts on matters, 13A-5-9, from 590 S.W. 1381_

**GROUND TWO:** _2d (Acquittal(s) In And Improper State, for Admission Premised upon 13A-6-2, 13A-1-7(a) e.g._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_I was misInformed By Indictment As to what 13A-6-4, Admissions Constituted, felonies, Const 14, 8, 6th [  ]_

_(2) At Iceland form Signing (1974) In Hayneville, AL. Court._

-8-

(b) If you did not exhaust your state remedies on Ground Two, explain why: WHETHER INVOluntarly manslaughter, Classified As 13A-6-4 Murder was Product of Alabama Code 1940? or Alabama Code 1975? Remedies In Question.

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

     Yes ☐  No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: the Issue Involve Codes That Raise Issues (under two Code) of Homocide e.g. 590 S.W. 2d. 1381, whether Acquittals Are Proper for Two Codes Sentencing e.g.

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

     Yes ☐  No ☒  (If so) It must Have Been By Jury Sitting Silent At Batson vs Kentucky Supra

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: Filed whether 28 U.S.C. 332, 445, Called for Recusal. LIT

   Name and location of the court where the motion or petition was filed: Pursuant Rule 20, OR 20.3, the Petitioner, Had Burden of Proof 13A-6-4 Code 1975.

   Docket or case number (if you know): 

   Date of the court's decision: 590 S.W. 2d 1381

   Result (attach a copy of the court's opinion or order, if available): for Two Codes Admissions n Sentencing Question

   (3) Did you receive a hearing on your motion or petition?

     Yes ☐  No ☒

   (4) Did you appeal from the denial of your motion or petition?

     Yes ☒  No ☐  Rule 20 A.L. Crim P.

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

     Yes ☒  No ☐

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: As to Newely discovered Evidence, In matter Commonwealth V. Defendant 590 S.W 2d 1381 e.g.

   Docket or case number (if you know): Revelant Issue See 590 S.W. 2d 1381 e.g. 2 Codes e.g.

   Date of the court's decision: N/A  N/A

   Result (attach a copy of the court's opinion or order, if available): N/A Brady V. Maryland Supra Title 36-12-40 to Reopen Any Court Case J,7

— 9 —

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

In offences, that Has Been (MANSlaughter) or defined Involuntary MANSlaughter, for Black's Law Dictionary, whether ANY Sentencing felony e.g?

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

I Have Inspected the Admissions, In matter State v. Moses Knight, Code 1940

GROUND THREE: Code 1975, Title 13A-1-7 (2) Is Not Proper for Retroactive Admissions Code 1940

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Timothy Riddell Atty At Law, Represented Clarence Rutland In ky Supreme Courts At 590 S.W. 2d 1381 As to the defendants Conduct, As Principle or Co-Defendants, By (Police Informations Retroactive)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

When It Is the "Petitioner" understanding That Involuntary manslaughter, By Lesser offence Statute, Is misdermenor, whether appeals Necessary?

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: The Judgement was By Judge Sentencing Admission only for Ileland form (1974) Code n's Question A.R.C.P.-56(e)

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☒  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: Pursuant 28 U.S.C. 2254
Name and location of the court where the motion or petition was filed: In United States middle District Court, P.O.Box 711, montgomery, AL. 36130

- 10 -

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☒ No ☐  when 28 USC-2254 filed (2006)

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐     411 U.S. 486 E.g.

(6) If your answer to Question (d)(4) is "Yes," state:    Request for speedier Release

Name and location of the court where the appeal was filed: Approximate: All State Court with Jurisdiction

Docket or case number (if you know): _____

Date of the court's decision: United States Middle District

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Any Issues of Mental Health Insanity Should Have Been Proved By State Rule 20, Rule 20.3 (At Habitual Sentences) E.g.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: I don't Thank 42 U.S.C. 1983, At, Plesier v. Rodriguez 411 U.S. 486 At 12-11-30, Title 36-12-40, Is Proper Jurisdiction to Reopen the Code 1940 Case In Question of Plea

**GROUND FOUR:** Jurisdiction U.S.C.A. 2254 (2)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): whether [A] federal Habeas Corpus Should Issue, when the Petitioner Contends, His Two Life Sentence, Plus Any Additional must Have Stemmed from He the Petitioner Beening misInformed As to All the Elements of Involuntary manslaughter, elevated i.e. to Uncertain Code Alabama murder, Possibely 13A-6-4, Code 1975 Subquently for Purpose of Articleone section 6 of Alabama Constituting, when Document warranted for Inspection, At Brady

— 11 —

(b) If you did not exhaust your state remedies on Ground Four, explain why: _The Court In Any Rule 20, OR 32, A.R.Crim P. Claims the Statute of Limitation on Rule 20, OR 32, Is Two Years, for Discovery 13A-6-4 *** Did err occur (under State Admission) By Code 1940_

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

_U.S.C.A. Const 8, 14th And 6. e.g._

(2) If you did not raise this issue in your direct appeal, explain why: _Involuntary manslaughter Is Not a (sentencing felony)_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐   No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _28 U.S.C. 2254 filed federal Ct._

Name and location of the court where the motion or petition was filed: _Approximately P.O. Box 711, Montgomery, AL 36130_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _See Petitioner New Traverse on Retro-Active Issues._

(3) Did you receive a hearing on your motion or petition?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Involuntary manslaughter Is Not A felony
See Black's Law Dictionary (2006)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

Over the years I have used both Rule 20, and Habeas form to seek Emelie Release from unconstitutional sentence,

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒Yes ☐ No ☐   By Admissions FRCP Rule 36
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

13A-5-9 Code 1975, Is Not Proper for These Alabama Felon's
590 S.W. 2d 1381 #83CC67 E.g

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

I Suffer from A Bi-Polar disorder And At Times I'm Unable to Preform Legal work.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☒Yes ☐ No ☐
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

See Admissions filed Subsequently middle District or Atty General office RE: Indictments Beening A (No Bill)

- 13 -

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ❑ No ❑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _See Traverse to this 28 USC. 2254 pg._

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: _Hayneville Court, Hon Key Atty_
   (b) At arraignment and plea: _Hayneville Court Hon. Key Atty._
   (c) At trial: _Ireland form   Hon. Key Atty_
   (d) At sentencing: _Judge Only & Hon Key Atty._
   (e) On appeal: _(2006 The Judge) Have Limited Sentencing Power, to Impose predefective Sentencing:_
   ✱ (f) In any post-conviction proceeding: _28 USC 2254 Request for Counsel at 18 USC 3006(A)_
   (g) On appeal from any ruling against you in a post-conviction proceeding: _Loose_

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❑ No ☒
   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _Hayneville Criminal Court for 2nd Judicial District_
   (b) Give the date the other sentence was imposed: _(Two Lifes & Ten)_
   (c) Give the length of the other sentence: _None_
   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❑ No ☒ _If Release from unconstitutional Sentence will be Retroactive Ordered 28 USC-2254 At 411 U.S. 486-499_

- 14 -

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I was Prosecuted under Code 1940 when The Governer Pardon Clarence Rutland A Alabama Inmate (1974) the Issues of Cruel and Unusual Punishment is Understood By Cruel Confinements At Pugh V. Locke 406 F. Supp At 318 And At Newman V. Alabama,

1) The Admissions: of ouer Cenduding Does Effect, or Retro Actively

2) Effect Every Inmate Simularsituated In Alabama,

3) who Has, Had to Endure Both Cruel and Unusual Punishment In The Alabama State System

4) while most Judges will standby And Allow the Cruelty to Conintue from (1974 - 2006) Moses Knight, etal Vs State of Alabama 406 F.Supp At 318 e.g

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _411 U.S. 486, to Be Released from the Cruelty of unConstitutional Imprisonments_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

**Proof of Service**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _January 2nd 2006_ (month, date, year): _And Sending Same to Atty General office 11 union street, Montgomery, Alabama 36104_

/s/ Moses Knight #109958

Executed (signed) on _Jan 2nd 2006_ (date). _Through U.S. Clerk of Court._

/s/ Moses Knight #109958
Signature of Petitioner
P.O. Box 5107
Union Springs, AL. 36089

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

* * * * *