2:06CV 26-mht

| State of Alabama<br>Unified Judicial System<br>Form C-10   Rev 6/88 | AFFIDAVIT of SUBSTANTIAL<br>HARDSHIP and ORDER<br>RECEIVED 2006 JAN 11 A 7:59 | Case Number |

IN THE _United States_ COURT OF _Montgomery_ COUNTY

Plaintiff/State _State of Alabama_ v. Defendant _Moses Knight_

IN THE MATTER OF:

TYPE OF PROCEEDING:   CHARGE: _Involuntary Manslaughter_

[✓] CIVIL CASE--I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case. _Pursuant 28 USC 1915_

[ ] CIVIL CASE (such as paternity, support, termination of parental rights) -- I request an attorney be appointed for me.

[ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

## AFFIDAVIT

**INCOME/EMPLOYMENT**

A. Do you have a job or work for yourself?  ___Yes (No)
   Employer's name and address _None_
   How much money do you take home each week?   + $ _None_

B. If unemployed, give month and year of last employment and amount earned per month _None_   $ _None_

C. Does your husband or wife have a job?  ___Yes (No)
   Employer's name and address _None_
   How much money does he/she take home each week?   + $ _None_

D. Do you receive money or benefits from any other source?  ___Yes  No
   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month?   + $ _None_

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?  ___Yes (No)
   Where? _None_   How much?  + $ _None_

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)  ___Yes (No)
   What? _None_
   Total Value + $ _None_

**DEPENDENTS**

A. Are you:  (Single)  ___Married  ___Widowed  ___Divorced  ___Separated?

B. Do you have any dependents?  ___Yes (No)
   Who and what relationship? _None_

-1-

What does it cost you to live each month?    $ _NONO_
                                               _N-Prison_

| | Creditor | Total Debt | Monthly Payment |
|---|---|---|---|
| D E B T S | Loans | | |
| | Charge Accounts | | |
| | House or rent payments | | |
| | Alimony | | |
| | Support | | |
| | Car payment | | |
| | Groceries | | |
| | Utilities | | |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed-counsel.    _(18 USC 3006A)_
_Late on 1S/_

_Ais #109958_

Sworn to and subscribed before me this

_____ day of _____, 19 _____    _Moses Knight_
                                                    Affiant Signature

_P.O. Box 5107_
_Union Springs, AL_

_____
Judge/Notary

## ORDER

IT IS ORDERED THAT THE FOREGOING REQUEST BE:

☐ GRANTED            ☐ DENIED

**APPOINTMENT OF ATTORNEY:**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _____

_____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

It is further ordered that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

DONE this _____ day of _____, 19 _____

_____
Judge