IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MOSES KNIGHT, #109 958           *

    Petitioner,                 *

    v.                          *       2:06-CV-26-WKW

STATE OF ALABAMA, *et al.*,      *

    Respondents.                *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 24TH day of January, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE