Exhibit "C"

RECEIVED
2006 JAN 31 A 9:18

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Prose, MOSES KNIGHT #109758
Plaintiff Similar Situated
PLAINTIFFS VS

Full name and prison number of plaintiff(s) DONAL Campbell
PRISONER Commissioner
Similar Situated

All Alabama Prison's
Wardens Similar Situated
Defendants
et al [4]

Name of person(s) who violated your constitutional rights..
(List the names of all the persons) - )

I. "AMENDED Complaint"
FRCP Rule 15.(a) And Motion for
Leave to Amend ON Merits
477 U.S. 2510 (FRCP) Rule 56(e)

II. CIVIL ACTION NO. 2:06-CV-26-WKW
(To be supplied by the Clerk of the
U.S. District Court)  (WO)

Count ONE: The Plaintiff Pursuant
FRCP Rule 23(a) Charged That
All Alabama Wardens, Has and
Still Is, Beening Deliberate
Indifferent, to Prison Over-
Crowding to Violate 111 S.Ct.
At 2326 - 2327, FRCP
8(a)(1) and 8(a)(2)
Short Statement.

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
Plaintiff(s) MOSE Knight filed 28 U.SC. 2254
Amended 42 U.SC. 1983
Defendant(s) Above In Common Nucleus
415 U.S. 528 (1967) LW

2. Court (if federal court, name the district; if state court, name the county)

3. Docket No. 2:06 CV-26- WKW (WO)

4. Name of Judge to whom case was assigned

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **Yes Frcp Rule 15(a)**

6. Approximate date of filing lawsuit **Jan 2006**

7. Approximate date of disposition **Frcp Rule 38, 39(a)**

II. PLACE OF PRESENT CONFINEMENT **P.O. Box 5107 Union Springs, AL 36089**

I.
PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **In all Alabama Prisons at over crowding At Large — Constituting widespread practice**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS. **F.R. Evid Rule 201**

II.

| NAME | ADDRESS |
|---|---|
| 1. Donal Campbell | 10 Lawrence St Montgomery, AL |
| 3. Warden Boyd, et al | P.O. Box 5107 Union Springs, AL 36089 |
| 5. Simiular Situated | |
| 6. Wardens, et al, In All State Prisons | **Defendants** |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **Approx 406 F.Supp at 318 (1974 – 2006)**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Deliberate Indifferent to Simiular Situated Prisoners Needs, For KKK Act 1871 Civil Rights Act 1964 (1866) and 1875**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

**What the Defendant Done Was Done Under The Color of Law, to Violate 42 U.S.C. 1983 [sic] By Beening Deliberate Indifferent to the wide spread Problem of Over Crowding Count one: See Attached.**

-2-

[Count one:]

GROUND TWO: The Plaintiff Seek 20 Billion Dollars at 403 U.S. At 388 [4]

[Jurisdiction #.]
SUPPORTING FACTS: 406 f.supp 318-360
Count ONE and TWO: Jurisdiction Invoked 12-11-30, Code 1975 of 18 U.S.C. 242, 241 of Acts 1871, 403 U.S. At 388
[A] Colorable Claim (FRCP)

GROUND THREE: Rule 56(e) The Plaintiff Charge In Count Two
***"
SUPPORTING FACTS: (Treble Damages) That Utah Code Ann (Is Invoked) Title 78-27-39(2) For ONE Trillions Is Excessive Long Range Suffering 406 U.S. At 318 (1974-2006) Punitive Damages Proper 461 U.S. 30-75 [4]

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Courts for the first time to Cause the Defendants to Pay All Retroactive, And Compensation Relief By Been Deliberate Indifferent to Const Amendment Eights
111 S.Ct. 2326-2327 For FRCP Rule 57

/s/ Moss Knight #10-99-58
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 2006
(date)

#109958

/s/ Moss Knight
Signature of plaintiff(s)

4. If a remedy is available under the Civil Rights Act (42 U.S.C. 1983) A Plaintiff Need Not first Seek Redress In a State form

P.O. Box 5107
Union Springs, AL
36089

4. Habeas Corpus Is Available to Effect discharge from Any confinement contrary to the Constitutions or fundamental Law, Even though Impose Pursuant to Conviction By A Court of Competent Jurisdiction 411 U.S. 440 P. As well as 42 U.S.C. 1983 On Over Crowding Admissions FRCP Rule 36. 1.d.
5.

-3-