IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MOSES KNIGHT, #109 958           *

    Petitioner,                  *

    v.                           *           2:06-CV-26-WKW

STATE OF ALABAMA, *et al.*,      *

    Respondents.                 *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's pleading filed January 31, 2005 and styled as an *Amended Complaint F.R.C.P. 15(a) and Motion for Leave to Amend on Merits* (Doc. No. 5), and for good cause, it is

ORDERED that the motion be and is hereby DENIED.[1]

Done this 3rd day of February, 2006.

                           /s/Charles S. Coody
                           CHARLES S. COODY
                           CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] If Petitioner seeks to file an action under 42 U.S.C. § 1983, he must do so in a separate civil action.