IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MOSES KNIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-CV-26-WKW ) |
| STATE OF ALABAMA, *et al.,* | ) ) |
| Defendants. | ) |

## **O R D E R**

On January 24, 2006, the Magistrate Judge filed a Recommendation (doc. #3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted; and

2. That the application for habeas corpus relief be DISMISSED as this court is without jurisdiction to review the instant petition.

Done this the 9th day of February, 2006.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE