IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT FOR
United States Courts
P.O. Box 711, Montgomery, AL.
36101

*Exhibit "D" A Plaintiff can sue for Any Amount Don't Justify A Ouin* [stamp]

RECEIVED 2006 FEB 13 A 10:33

#109958, Similar Situated
MOSES KNIGHT, Plaintiffs )
et al, vs )                      2:06-CV-26-WKW
DONAL CAMPBELL et al, )
Similar Situated defendants )

Motion to Consolidate 28 U.S.C.
2254 with 42 U.S.C. 1983
Plaintiff(s) Colorable Claims
FRCP Rule 56(e) of Rule 36

1) The Plaintiff **MOSES KNIGHT** Is, Situated In The Middle Judicial District, FRCP 23(a).

2) He Brought, His 28 U.S.C. 2254, within the Provisions of, 411 U.S. 499 Through 500, i.e. to Consolidate Both, United States Claims

3) FRCP Rule 3, Affidavits the Plaintiff HAS Contended, ON PERSONAL Knowledge FRCP Rule 56(e)

4) He Could Seek, **EARLIER Relief**, under Presier v. Rodriques, supra

5) **THE OBJECTION**, as well as The Subjective Component, For 1983 "[L]iability may be Imposed

-1-

For, deliberate Indifference (only if the Plaintiff or Plaintiff(s)) FRCP Rule 23(a) Proves the defendants As...

6) (As All Wardens) Actually knew of an "excessive (1) Risk to Inmates Health or Safety," by (2) Overcrowding of Inmates, on Top of Each other In Bed Space. And (3) disregarded that Risk, "Campbell v. Sikes, 169 F.3d 1353, 1363 (11th Cir. 1999) Interpreting Farmer v. Brennan, at 837, 114 S.Ct 1970

7) The Plaintiff has showned That All, the Alabama Wardens as well as, the Alabama Prison Commissioner, knew of the Actually knew of Alabama Prisons, Over Crowding... and

8) failed to do any thing, about the Over Crowding gave Rise to the Sub Jective Component

9) The Proper Avenues for The Simular Situated Plaintiffs Is to Proceed under 42 U.S.C. 1983

10) The Courts, Has Now Jurisdictional Authority under 12-11-30 (Subsection) 1975, And 6-2-32, Code 1975, where the Simular-Situated defendant, Place of Bussiness Is FRCP 23(a) Simular Situated Individually.

11). <u>Amendment of Complaint</u>

I.

Is Proper for the Similar Situated Plaintiffs to Amend or Show that an 8th Amendment Claim, has occurred 111 S.Ct. 2326 and 111 S.Ct 2327, Interpreting <u>Farmer V. Brennan</u> At, 837, Smith V. Wade 461 U.S. 75, Admissions

12).

II.

The federal Courts Is Aware the Prison wardens (over, the Alabama Prison's has been) deliberate Indifference, to Inmates welfare, and "Health or Safety,' [By] Disregarding [the]... Risk that, over Crowding Poses, [A] Serious Risks to Health welfare and Safety" 111 Sct. At 2326-2327 of Inmates, U.S.C.A Amendment 8th,

13).

III.

The Court's, Can Remove <u>Any order under</u> <u>F.R.C.P Rule 60(b)</u>, i.e. to Allow the Plaintiff Moses Knight and Those Similiar Situated, i.e. to Amend their Eighth Amendments Claims under the KKK Act of 1871 or 1983.

-3-

14).  **IV**

Pendent Courts: Have Asserted Jurisdiction under 28 U.S.C. 1343 (a)

(a) <u>Hagan V. Levine Court</u> 415 U.S. 528 (1967)

(B) <u>Bell V. Hood, Pendant Court</u>

(C) <u>United Mine Workers V. Gibbs</u> 28 U.S.C. 1343 [,]

**V.**

15). <u>Statement of facts</u>

When A Plaintiff File a Complaint against and between 2 defendants, for Good Cause, Motion for Leave to Notify the Court of Plaintiff or Plaintiffs... Intention, should never be denied, F.R.cv. Rule 15(a)

16) <u>Statement of facts</u>

The Courts can order Moses Knight, Plaintiff And those Similar Situated, as Clarence Rutland Ais# 102041, <u>**RELEASES FROM OVERCROWDING**</u>, From Any Unconstitutional Prison Facility, with Additional Compensation, of $750,000.00 dollars "Each"

-4-

from the UnConstitutional Setting
(a) where over Crowding "DOES POSES A great... risk"
(B) that Inmates, will be Hurt By Simularity over Crowding In All State facilityies
(C) where most wardens, Simular-Situated, knew of their Prison over Crowding and yet... they failed to Do Anything about It

## VI
### Subjective and objective Components

17) Both <u>Estelle v. Gamble 429 U.S At 105</u> Has Discussed the unConstitutional Conducts, which gave rise to "[L]iability <u>Moses Knight vs. Donal Campbell, etal, DEFENDANTS</u>.

## VII.

18) A Colorable Claims, Is Begun when A Plaintiff Asserts the Courts Jurisdiction under 28 U.S.C. 636 of 12-11-30 (Subsection Code 1975) of 42 USC 1983 of 18 USC. 242 the Parents "[L]iability <u>Biven v. Six Agents</u> 403 US At 388

—5—

I, Clarence Ruthard # 102041
did Hereby on Behalf of the Class
FRCP Rule 23(a)

did Serve, Six Pages of this
motion, for ReConsideration, to
Allow Amendment, on Accounts,
of Eights Amendment, Violations of
wrongs Done, to, Alabama Inmates.

Done this, February 8th Day of 2006
Placeing Same In the office of Clerk
for United States district Court
on Behalf of Moses Knight Been-
ing unable to write ARE Under-
stand Simple, Mathimatics.

Paralegal. /S/ Clarence Ruthard
#102041 P.O. Box 5107
Bullock Mental Health Prison Fac
Union Springs, Alabama 36089

C/o Respondents etal
FRCP Rule 3, and 56(e)
Admissions.

— 6 —