IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MOSES KNIGHT, #109 958 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-26-WKW |
| STATE OF ALABAMA, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Consolidate 28 U.S.C. § 2254 Petition with 42 U.S.C. § 1983 claims (Doc. No. 9), and for good cause, it is

ORDERED that the motion be and is hereby DENIED.

Done this 16th day of February, 2006.

                                                         /s/Charles S. Coody
                                                         CHARLES S. COODY
                                                         CHIEF UNITED STATES MAGISTRATE JUDGE